EMMA HERNDON v. THE KANSAS, NEBRASKA & DA-
KOTA RAILWAY COMPANY.

OBSTRUCTION OF STREET — *Compensation.* The rule announced in *K. N.
& D. Rly. Co. v. Mahler,* 45 Kas. 565, in regard to the right of an abut-
ting lot-owner to recover damages for the obstruction of a street by
the location of a railroad thereon in front of his premises, followed.

*Error from Linn District Court.*

THE case is stated in the opinion. Judgment for the de-
fendant *Railway Company,* at the November term, 1888.
The plaintiff, *Herndon,* brings the case here.

*W. W. Padgett,* and *Jno. H. Crain,* for plaintiff in error.

*E. F. Ware,* for defendant in error.

The opinion of the court was delivered by

JOHNSTON, J.: The plaintiff owns a home on Mulberry
street, in Blue Mound, and the defendant, with the permission
of the city, built its line of railroad along the street and in
front of the plaintiff's home. She brought this action against
the railway company to recover $450 as damages for the al-
leged obstruction of the street, claiming that the company
had built a main and side track in such a way as to take up
the whole street, and leaving the plaintiff no means of egress
from or ingress to her home, except through the alley in the
rear thereof. It appears, however, that the railroad tracks were
laid upon the street in pursuance of an ordinance enacted by
the city, and in compliance with its terms. Instead of occupy-
ing the entire street, it appears that the street is 80 feet wide,
and that, exclusive of that portion reserved for sidewalks, is 70
feet wide. It is also shown that the nearest railroad track is 34
feet from the street line of the plaintiff's property, which af-
fords abundant room for ingress to and egress from her prem-
ises. The road is built in a workman-like manner, and although
there is some contention that the laying of a side-track was

without any authority from the city, an examination of the ordinance granting the right-of-way over the street discloses that there is authority for both a main and side-track. The case, therefore, falls within the rule stated in *K. N. & D. Rly. Co. v. Mahler*, 45 Kas. 565, (26 Pac. Rep. 22,) and other authorities there cited, that, "to entitle an abutting lot-owner to recover damages for locating a line of railroad, under the authority of the city council, in one of the streets of a city, there must be a practical obstruction of the street in front of his premises, so as to virtually deprive him of ingress to and egress from his property." Following these decisions, we must give a judgment of affirmance.

All the Justices concurring.